**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No.: 13-67999-wlh** |
| | ) | |
| **Darrell Lamont King and** | ) | |
| **Ursula Andrele King,** | ) | **Chapter 13** |
| | ) | |
| **Debtors.** | ) | |

**NOTICE OF HEARING ON MOTION TO SUSPEND PAYMENTS AND**
**SUSPEND EMPLOYER DEDUCTION ORDER**

      **PLEASE TAKE NOTICE** that the Debtors in the above- referenced matter filed a "Motion" seeking to Retain Income Tax Refund.

      **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in **Courtroom 1403**, U.S. Courthouse, 75 Spring Street, Atlanta, GA  30303 at **9:30 a.m. on February 19, 2014**.

      Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, 75 Spring Street, Room 1340, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This 29th day of January, 2014.

                            Respectfully submitted,
                            __/s/_____
                            Dan Saeger
                            Attorney for the Debtors
                            GA Bar No.:  680628

RICKMAN & ASSOCIATES, PC
1325 Satellite Blvd, Suite 1406
Suwanee, Georgia 30024
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 13-67999-wlh |
| | ) | |
| **Darrell Lamont King and** | ) | |
| **Ursula Andrele King,** | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**MOTION TO SUSPEND PAYMENTS AND**
**SUSPEND EMPLOYER DEDUCTION ORDER**

**COMES NOW**, Darrell Lamont King and Ursula Andrele King, by and through the undersigned counsel, and file this "Motion to Suspend Payments and Vacate Employer Deduction Order," showing this Honorable Court the following:

1.

Debtors filed a petition constituting an Order For Relief under Title 11 U.S.C. Chapter 13 on August 17, 2013.

2.

Debtors' Chapter 13 Plan was confirmed on November 7, 2013.

3.

Debtor husband was laid off of his job at the time of filing due to the project being brought to an end.  Debtor husband's last day of work was November 12, 2013.

4.

Debtor husband begins a new project with the same employer on February 3, 2014.  Debtor husband's salary will remain approximately the same.

2.

Debtors respectfully request that their Chapter 13 Plan payments be retroactively suspended for the months of November, December, and January; that the Employer Deduction Order be suspended for 3 months; and that Debtors' base be reduced by $3,555.00 in order to catch up on expenses incurred while Debtor husband was

unemployed.  Debtors' Counsel will file the appropriate Post Confirmation Plan
Modification after the end of the suspension to cure any term problems.


WHEREFORE, Debtors pray;

    (a)  That this "Motion to Suspend Payments and Vacate Employer Deduction
Order" be filed, read and considered;

    (b)  That Debtors be allowed to suspend payment to the Chapter 13 Trustee
retroactively for the month of November, December, and January and reduce
Debtors' base by $3,555.00;

    (c)  That Debtors' Employer Deduction Order be suspended for three months; and

    (d)  That this Honorable Court grant such other and further relief as it may deem
just and proper.


This 29th day of January, 2014.


Respectfully submitted,

                              __/s/_____
                              Dan Saeger
                              Attorney for the Debtors
                              GA Bar No.:  680628

RICKMAN & ASSOCIATES, PC
1325 Satellite Blvd, Suite 1406
Suwanee, Georgia 30024
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that on this day I served the following parties with a copy of the attached "Motion to Suspend Payments and Suspend Employer Deduction Order and Notice of Hearing" by placing true and correct copies of the same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Nancy J. Whaley
Nancy J. Whaley, Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Darrell Lamont King
1261 Webb Farm
Loganville, GA 30052

Ursula Andrele King
1261 Webb Farm
Loganville, GA 39=0052


And all creditors on attached matrix.

This 29th day of January, 2014.

                                      __/s/_____
                                        Dan Saeger
                                        Attorney for Debtors
                                        Georgia Bar No. 680628

RICKMAN & ASSOCIATES, PC
1325 Satellite Blvd, Suite 1406
Suwanee, Georgia 30024
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

Amended

AR Resources, Inc
PO Box 1056
Blue Bell, PA  19422


Capital One
PO Box 30281
Salt Lake City, UT 84130


Capital One Auto Finance
3905 North Dallas Parkway
Dallas, TX 75093


Capital One Bank
PO Box 30281
Salt Lake City, UT 84130


Carmick Properties
1460 River Station Drive
Loganville, GA 30045


Credit Collection
PO Box 9134
Needham, MA 02494


Credit One Bank
PO 98872
Las Vegas, NV 89193-8872


Drive Time
PO Box 29018
Pheonix, AZ 85038


Enhance Recovery
8014 Bayberry Rd
Jacksonville, FL 32256


Georgia Department of Revenue
1800 Century Blvd NE
Atlanta 30345-3205

Amended

Georgia's Own Credit Union
1155 Peachtree St NE
Atlanta, GA   30309-7629


GM Financial
PO Box 181145
Arlington, TX 76096


Great Plains Lending
1050 East 2nd Street, Box 500
Edmond, Oklahoma 73034


Great Plains Lending
1050 East 2nd Street, Box 500
Edmond, Oklahoma 73034


Internal Revenue Service
PO Box 21126,
Philadelphia, PA 19114-0326


Keller Graduate Student Finance Services
3005 Highland Parkway
Downers Grove, IL 60515-5799


Mohela / Dept of Ed
633 Spirit Drive
Chesterfield, MO 63005


Mohela / Dept of Ed
633 Spirit Drive
Chesterfield, MO 63005


NCO Financial
PO Box 15636
Wilmington, DE 19850


Sallie Mae
Po Box 9500
Wilkes-Barre, PA   18773-9500

Amended

```
SCA Collections
PO Box 876
Greenville, NC 27835


Stellar Recovery Inc
1327 US Highway 2 W
Kalispell, MT 59901


The Credit Union Source
5020 Clark Howell Hwy
Atlanta, GA 30349-6064


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108
```